In the Matter of the Claim of COREY N. YAMAMURA, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted June 2, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

[16 NE3d 1260, 992 NYS2d 781]

In the Matter of ROGER W. BARTO.

Decided July 16, 2014

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Roger W. Barto is suspended, with pay, effective immediately, from the office of Acting Justice of the Waterloo Village Court, Seneca County, pursuant to NY Constitution, article VI, § 22 and Judiciary Law § 44 (8).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.